# Exhibit A

Approved, SCAO

| Original - Court | 2nd copy - Plaintiff |
|---|---|
| 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|
| 9th JUDICIAL DISTRICT / JUDICIAL CIRCUIT COUNTY | SUMMONS | 2025-0203 CZ |

Court address: 330 Eleanor St. Kalamazoo, MI 49007

Hnr. Judge Bell

Court telephone number: 269-383-8837

**Plaintiff's name, address, and telephone number**
Rashawanda Dick

v

**Defendant's name, address, and telephone number**
Meijer, Inc.
C/O Resident Agent
THE CORPORATION COMPANY
40600 ANN ARBOR RD E STE 201
PLYMOUTH, MI 48170

**Plaintiff's attorney bar number, address, and telephone number**
William F. Piper (P38636)
9848 Portage Rd.
Portage, MI 49002 Phone: (269) 321-5008
wpiper@wpiperlaw.com   legal@wpiperlaw.com

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to file a written answer with the court and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 3/31/2025 | 6/30/2025 | Connie A Branch |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23) SUMMONS    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105
SRA

Summons (3/23)                                          Case Number **2025-0203** C2

**PROOF OF SERVICE**

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

**CERTIFICATE OF SERVICE / NONSERVICE**

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)  a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
|  |  |
| Place or address of service | |
|  |  |
| Attachments (if any) | |
|  |  |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ |  | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____
Attachments (if any)                                           Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

STATE OF MICHIGAN
IN THE 9TH CIRCUIT COURT FOR THE COUNTY OF KALAMAZOO

RASHAWANDA DICK, an individual,

        Plaintiff,                        Case No. 2025- 0203-CZ

v.

MEIJER, INC, a corporation.

        Defendant.

| William F. Piper (P38636) | |
|---|---|
| William F. Piper, P.L.C. | |
| 9848 Portage Rd. | |
| Portage, MI 49002 | |
| Phone: (269) 321-5008 | |
| Fax: (269) 321-5009 | |
| E-mail: wpiper@wpiperlaw.com | |
| legal@wpiperlaw.com | |

## COMPLAINT

The plaintiff, Rashawanda Dick, by and through her attorney William F. Piper, PLC., for her complaint, states as follows:

### JURISDICTIONAL ALLEGATIONS

1.    The plaintiff Rashawanda Dick is an African American woman who lived in the City of Kalamazoo, State of Michigan, at all times relevant to this complaint, and she still lives there.

2.    The defendant Meijer, Inc. (hereafter Meijer) is a corporation that did business in the County of Kalamazoo, State of Michigan, at all times relevant to this complaint, and it still does.

3.    The events complained about in this lawsuit occurred on December 13,

2024 in the Westnedge Avenue store of the defendant in the City of Portage, County of Kalamazoo, State of Michigan.

4. The damages to the plaintiff in this case exceed $25,000.00.

5. The claims in this case arise in part under M.C.L. § 37.2302 et. seq.

## COMMON ALLEGATIONS

6. The plaintiff restates and realleges as though fully set forth herein paragraphs 1-5 of this complaint.

7. On December 13, 2024 Ms. Dick was employed by Sunnyside United Methodist Church, and she is still employed there.

8. On December 13, 2024 Ms. Dick went to the Meijer store on Westnedge Avenue in Portage to do some shopping for her church, including purchasing some electronics, and some gift cards, and she had her two children with her.

9. A store employee carried the electronics items to the self-check-out-lanes at the front of the store for Ms. Dick.

10. Ms. Dick instructed her son to go ask for help, and he did so from a white female Meijer employee nearby.

11. The aforementioned Meijer employee replied to Ms. Dick's son, "I'm not your mother."

12. The same woman then yelled at Ms. Dick several times, stating "You are stealing," "You can't get away with it," and "You know you are stealing," and other similar statements.

13. The woman also told Ms. Dick, "I know your kind", and she ordered Ms. Dick to

2

leave the store before she had paid for her items.

14. The same employee also accused Ms. Dick of misusing gift cards, even though Ms. Dick was attempting to pay for the gift cards.

15. Because of this racist treatment she received from the woman, Ms. Dick was frightened, humiliated, embarrassed, extremely distressed, insulted, and she was physically shaking.

16. As the white female Meijer employee continued to yell at Ms. Dick, another person grabbed the white female Meijer employee and removed her from the immediate area.

17. Ms. Dick immediately made a complaint to a manager of the defendant.

18. Ms. Dick also e-mailed a complaint to the defendant, but it did nothing.

19. As a result of the events discussed above, Ms. Dick has suffered and will continue to suffer fright, emotional distress, humiliation, insult, obloquy, a loss of enjoyment of life and other damages.

## COUNT I - 42 USC§ 1981

20. The plaintiff restates and realleges as though fully set forth herein paragraphs 1-19 of this complaint.

21. The defendant, by watching Ms. Dick with suspicion, stopping her and detaining her for no reason, and then by repeatedly loudly accusing her of stealing and insulting her without any reason to do so because of her race, denied Ms. Dick the equal enjoyment of her shopping experience and to contract in a place of public accommodation relative to white persons who were shopping in the defendant's store.

22. The defendant's conduct violated Ms. Dick's right to contract without

3

discrimination, and it violated 42 U.S.C. § 1981.

23. As a result of the violations set forth above, Ms. Dick has suffered and will continue to suffer the damages set forth above.

**WHEREFORE,** the plaintiff requests a judgment and order against the defendant for whatever amount is sufficient to compensate her for her injuries and damages past and future plus punitive damages, all recoverable interest, costs, attorneys fees under 42 U.S.C. § 1988, and whatever other relief this court deems fair and just.

## COUNT II - BREACH OF EQUAL PUBLIC ACCOMMODATIONS

24. The plaintiff restates and realleges as though fully set forth herein paragraphs 1-23 of this complaint.

25. The defendant, by loudly accusing Ms. Dick of stealing multiple times and insulting her because she is African American, denied Ms. Dick the equal enjoyment of her shopping experience in a place of public accommodation relative to white persons who were shopping therein.

26. The defendant's conduct violated Ms. Dick's right to equal public accommodations on the grounds of race, contrary to the Equal Public Accommodations section of the Elliott-Larsen Civil Rights Act, MCL 37.2302 et seq.

27. As a result of the violations set forth above Ms. Dick has suffered and will continue to suffer the damages set forth above.

**WHEREFORE,** the plaintiff requests a judgment and order against the defendant for whatever amount is sufficient to compensate her for her injuries and damages past and future plus all recoverable interest, costs, attorney's fees and whatever other relief this court deems fair and just.

Dated: March 18, 2025　　　　　　　　　　　　　WILLIAM F. PIPER, PLC.

　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

By:  _____
　　　William F. Piper (P38636)
BUSINESS ADDRESS:
　　9848 Portage Rd.
　　Portage, MI 49002
　　(269) 321-5008

5

STATE OF MICHIGAN
IN THE 9TH CIRCUIT COURT FOR THE COUNTY OF KALAMAZOO

RASHAWANDA DICK, an individual,

        Plaintiff,                       Case No. 2025-    -CZ

v.

MEIJER, INC, a corporation.

        Defendant.

| William F. Piper (P38636)<br>William F. Piper, P.L.C.<br>9848 Portage Rd.<br>Portage, MI 49002<br>Phone: (269) 321-5008<br>Fax: (269) 321-5009<br>E-mail: wpiper@wpiperlaw.com | |

## DEMAND FOR TRIAL BY JURY

The plaintiff Rashawanda Dick, by and through her attorney William F. Piper, PLC., hereby demands a trial by jury in the above-entitled matter.

Dated: March 18, 2025                       WILLIAM F. PIPER
                                                        Attorney for the plaintiff

                                          By:   _____
                                                        William F. Piper
                                          BUSINESS ADDRESS
                                              9848 Portage Road
                                              Portage, MI 49002