# Exhibit B



**CT Corporation**
**Service of Process Notification**
04/10/2025
CT Log Number 548866579

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | Attn: Legal: Labor SOP Meijer<br>Meijer, Inc.<br>2929 Walker Ave NW<br>Grand Rapids, MI 49544-6402 |
| **RE:** | **Process Served in Michigan** |
| **FOR:** | Meijer, Inc.  (Domestic State: MI) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: RASHAWANDA DICK, an individual // To: Meijer, Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Proof of Service, Complaint, Demand |
| **COURT/AGENCY:** | Kalamazoo County - 9th Judicial Circuit Court, MI<br>Case # 20250203CZ |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **PROCESS SERVED ON:** | The Corporation Company, Plymouth, MI |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/10/2025 at 13:37 |
| **JURISDICTION SERVED:** | Michigan |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after receiving this summons and a copy of the complaint |
| **ATTORNEY(S)/SENDER(S):** | William F. Piper<br>William F. Piper, P.L.C.<br>9848 Portage Rd.<br>Portage, MI 49002<br>269-321-5008 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/11/2025, Expected Purge Date: 04/16/2025<br><br>Image SOP<br><br>Email Notification,  Attn: Legal: Labor SOP Meijer  LaborSOP@meijer.com |
| **REGISTERED AGENT CONTACT:** | The Corporation Company<br>40600 Ann Arbor Road E<br>Suite 201<br>Plymouth, MI 48170<br>866-401-8252<br>LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the



**CT Corporation**
**Service of Process Notification**
04/10/2025
CT Log Number 548866579

included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

Date: Thu, Apr 10, 2025
Server Name: Drop Service

| Entity Served | MEIJER, INC. |
|---|---|
| Case Number | 2025-0203-CZ |
| Jurisdiction | MI |

| Inserts | | |
|---|---|---|
| | | |

