UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RASHAWANDA DICK,

       Plaintiff,                      Case No. 1:25−cv−00482−PLM−PJG

v.                                    Hon. Paul L. Maloney

MEIJER, INC.,

       Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above−captioned case was removed from Kalamazoo County Circuit Court, and electronically filed in this court on April 30, 2025 .   The case has been assigned to Paul L. Maloney .

      The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted.  **The 405.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action.  To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) − Credit Card Payment* event.  For further information, see the reference materials available on the court website.

      The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1.  Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                             CLERK OF COURT

Dated:  April 30, 2025      By:   /s/ E. Siskind_____
                                             Deputy Clerk